

# Missouri Court of Appeals
## Southern District

## OCTOBER 15, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33115

      Re:    JAMES S. MURPHY,
             Appellant,
             vs.
             Park Ranger ERIC SHEARRER,
             SARA PARKER PAULEY, Director
             of Missouri Department of Natural
             Resources, BILL BRYAN, Director of
             Division of State Parks,
             COLONEL JOHN HOOVER and
             JEFF HAND, acting park administrators
             for Sam A. Baker State Park,
             all individually and in their official
             capacities, JUDGE RANDY P. SCHULLER,
             Prosecuting Attorney ROBERT RAMSHUR,
             and DEBBIE SCHULTE, court reporter,
             individually and in office capacity,
             Respondents.